BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STELFER STEEL PIPE, LLC,

                                  Plaintiff,                    **Rule 7.1 Statement**

    -against-

M/V "POLAR QUEEN", her engines, boilers, etc.,

    -and-

SM CHINA COMPANY, LIMITED.,

                                  Defendant.

-----------------------------------------------------------------X



JUDGE BUCHWALD

07 CIV 7123

RECEIVED AUG 1 0 2007 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, STELFER STEEL PIPE, LLC, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

NONE

DATE: August 3, 2007

                                                    SIGNATURE OF ATTORNEY
                                                    ROMAN BADIAK (1130)

FORM SDNY-9