# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 Civ. 7123 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff as lead counsel. Roman Badiak, former lead counsel, has retired from the firm and this matter is now being handled by the undersigned.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/12/2007 | *signature* |
| Date | Signature |
| | James P. Krauzlis, Esq.    JK4972 |
| | Print Name    Bar Number |
| | 106 3rd Street |
| | Address |
| | Mineola    New York    11501 |
| | City    State    Zip Code |
| | (516) 877-2225    (516) 877-2230 |
| | Phone Number    Fax Number |