# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7123 (NRB)                                       Date Filed: 8/10/2007

Plaintiff:
**STELFER STEEL PIPE, LLC**

vs.

Defendant:
**M/V "POLAR QUEEN", her engines, boilers, etc.**

For:
Roman Badiak
BADIK & WILL
106 Third Street
Mineola, NY 11501-4404

Received by SBI PROCESS SERVICE to be served on **SM CHINA COMPANY, LIMITED C/O NORTON LILY INTERNATIONAL, MAERSK SEALAND TERMINAL BUILDING, 5800 MCLESTER STREET, BERTH 88, ELIZABETH, NJ 07207.**

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **20th day of August, 2007** at **11:00 am, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LEIGH BARMETT** as **SECRETARY**, who stated they are authorized to accept service for: **SM CHINA COMPANY, LIMITED C/O NORTON LILY INTERNATIONAL** at the address of: **MAERSK SEALAND TERMINAL BUILDING, 5800 MCLESTER STREET, BERTH 88, ELIZABETH, NJ 07207**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 25,  Sex: F,  Race/Skin Color: W,  Height: 5'3,  Weight: 120,  Hair: Brn, Glasses: Y

Subscribed and Sworn to before me on the 20th day of August, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LISA O'CALLAGHAN

_____
**Charles M Tedesco Jr.**
Process Server

**SBI PROCESS SERVICE**
**61 Mt. Kemble Ave.**
**Suite 503**
**Morristown, NJ 07960-5176**
**(973) 267-1513**
Our Job Serial Number: 2007000613
Ref: 07-E-003-RB

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2a

# United States District Court

SOUTHERN                    **DISTRICT OF**    NEW YORK

STELFER STEEL PIPE, LLC

## SUMMONS IN A CIVIL CASE

V.

M/V "POLAR QUEEN", her engines, boilers, etc.,

CASE NUMBER:

**'07 CIV 7123**

**JUDGE BUCHWALD**

-and-

SM CHINA COMPANY LIMITED

**TO:** (Name and address of defendant)

SM CHINA COMPANY, LIMITED
c/o Norton Lilly International
Maersk Sealand Terminal Building
5800 McLester Street, Berth 88
Central Building, 3rd Floor
Elizabeth, New Jersey 07207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.:  07-E-003-RB

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

AUG 1 0 2007

DATE