*Buchwald / J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STELFER STEEL PIPE, LLC,                                ECF CASE

               Plaintiffs

                                                           07 Civ. 7123 (NRB)
-against-

                                                           NOTICE OF DISCONTINUANCE

M/V "POLAR QUEEN" and "M/V ALKALI, their
engines, etc.,

and SM CHINA COMPANY LIMITED,

               Defendants,

       PLEASE TAKE NOTICE that the above-entitled action is hereby discontinued and that this Notice is filed pursuant to Rule 41(a)(1)(i) of the Rules of Civil Procedure for the United States District Courts.

       NO APPEARANCE HAS BEEN FILED.

Dated: Mineola, New York
       April 24, 2008

                                              BADIAK & WILL, LLP
                                              Attorneys for Plaintiff

                                           By: _____
                                             JAMES P. KRAUZLIS (JK-4972)
                                             106 Third Street
                                             Mineola, New York 11501
                                             (515) 877-2225
                                             Our File : 07-E-003-JK and 07-E-014-JK

SO ORDERED:

_____
      U.S.D.J.                4/28/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08